# Court of Appeals
# of the State of Georgia

ATLANTA,  August 11, 2025

*The Court of Appeals hereby passes the following order:*

## A26I0011. IRONSIDE EAST ATLANTA, LLC et al. v. IRONSIDE HOMEOWNERS' ASSOCIATION, LLC.

Ironside East Atlanta, LLC, Thrive Construction Company, LLC, and Thrive Homes, LLC seek to appeal the trial court's July 14, 2025 order denying their motion for summary judgment or to compel arbitration. We, however, lack jurisdiction.

There is a procedural flaw in this application for interlocutory appeal because the certificate of immediate review was not entered until more than ten days after the entry of the trial court's order. See OCGA § 5-6-34 (b); *Turner v. Harper*, 231 Ga. 175 (200 SE2d 748) (1973) (certificate of immediate review must be filed with clerk of court within ten days in order to comply with interlocutory appeal procedures; it is insufficient for certificate to be merely dated within the ten-day period); *Van Schallern v. Stanco*, 130 Ga. App. 687 (204 SE2d 317) (1974) (same). Here, the trial court's order denying the motion for summary judgment or to compel arbitration was entered on July 14, 2025, but the certificate of immediate review, although dated within the ten-day period, was not filed with the clerk of the trial court until July 31, 2025. See OCGA § 5-6-34 (b). Because the certificate of immediate review was not filed within

ten days of the entry of the judgment sought to be appealed, the certificate was untimely and this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 08/11/2025

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*